UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JASON GMOSER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-1294 |
| | ) | |
| vs. | ) | |
| | ) | Chief Judge Sara Darrow |
| STUART INMAN, | ) | |
| CLASS OFICER MARTIN, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### DEFENDANT SHERRY MARTIN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, OFFICER SHERRY MARTIN, by and through her attorney, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, and for her Answer and Affirmative Defenses to Plaintiff's complaint states as follows:

### COMPLAINT

This is a civil rights action filed by the plaintiff, Jason Gmoser, *pro se*, under 42 U.S.C. § 1983, alleging a violation of Constitutionally-protected rights by the above defendants; specifically, the First, Eighth, and Fourteenth Amendments.

**ANSWER:** Defendant admits that Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983. Defendant denies the remaining allegations contained in this paragraph.

### PARTIES

1.  Jason Gmoser is a federal inmate. He is housed at the Livingston County Jail, 844 W. Lincoln St., Pontiac, Ill 61764.

**ANSWER:** Defendant admits the allegations contained in this paragraph.

2. Stuart Inman is the Jail Superintendent. He is being sued in his individual capacity for actions he committed under color of state law.

**ANSWER:** **Defendant admits that Stewart Inman is the Jail Superintendent. Defendant denies the remaining allegations contained in this paragraph. Inman was dismissed pursuant to the Merit Review Order (d/e #6).**

3. Classification Officer Martin is being sued in her individual capacity for actions she committed under color of state law.

**ANSWER:** **Defendant admits that Deputy Martin performs classification duties, is sued in her individual capacity, and that she acted under color of law. Defendant denies the remaining allegations contained in this paragraph.**

## CLAIM AND FACTS

1. Plaintiff GMoser arrived at the Livingston County jail on 3-19-2018. As a federal pretrial detainee litigating a criminal charge, all discovery materials pertaining to his case were submitted by his attorney—as per jail policy. Plaintiff Gmoser was allowed to intermittently view and research his discovery.

**ANSWER:** **Defendant does not answer this paragraph because it is directed toward a former defendant Stewart Inman, and Inman and the "access to courts" claim were dismissed pursuant to the Merit Review Order (d/e #6). To the extent an answer is required, Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegations contained in this paragraph.**

2. This viewing is limited to the "Law Library." Such library consists of a monitor and keyboard. There is no printer.

**ANSWER:** **Defendant does not answer this paragraph because it is directed toward a former defendant Stewart Inman, and Inman and the "access to courts" claim were dismissed pursuant to the Merit Review Order (d/e #6). To the extent an answer is required, Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegations contained in this paragraph.**

3. Plaintiff typed a letter to the governor, placing him on notice of constitutional violations within the Livingston County Jail. Plaintiff burned this letter to a CD.

**ANSWER:** **Defendant does not answer this paragraph because it is directed toward a former defendant Stewart Inman, and Inman and the "access to courts" claim were dismissed pursuant to the Merit Review Order (d/e #6). To the extent an answer is required, Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegations contained in this paragraph.**

4. This legal document was confiscated without due process. Plaintiff has been restricted from going to the law library. He cannot review his discovery—such materials have been destroyed.

**ANSWER:** **Defendant does not answer this paragraph because it is directed toward a former defendant Stewart Inman, and Inman and the "access to courts" claim were dismissed pursuant to the Merit Review Order (d/e #6). To the extent an answer is required, Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegations contained in this paragraph.**

5. Plaintiff has never received a disciplinary action/confiscation slip, nor a hearing concerning this matter. Plaintiff is still defending his criminal action without discovery, legal materials.

**ANSWER:** **Defendant does not answer this paragraph because it is directed toward a former defendant Stewart Inman, and Inman and the "access to courts" claim were dismissed pursuant to the Merit Review Order (d/e #6). To the extent an answer is required, Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegations contained in this paragraph.**

## ISSUE TWO

6. Plaintiff Gmoser was lodged in the Livingston County Jail on 3-19-2018. Gmoser was indicted on a federal charge for pornography. Gmoser was labelled a sex-offender and requested protected housing [sic]. The Livingston County Jail does not offer protected housing.

**ANSWER:** **Defendant admits that Plaintiff was admitted into the Livingston County Jail on March 19, 2018, and that his criminal charges included a federal pornography charge. Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegation that Plaintiff was "labeled a sex offender." Defendant denies the remaining allegations contained in this paragraph.**

7. Gmoser has made repeated requests to Officer Martin requesting protection. These requests have not been productive. As a result, on 6-1-2020, Gmoser was assaulted because of his status.

**ANSWER:** **Defendant denies that Plaintiff made any request to Deputy Martin for protection. Defendant admits that Plaintiff was assaulted by another inmate on June 1, 2020. Defendant denies the remaining allegations contained in this paragraph.**

8. Plaintiff Gmoser remains in the general population, under risk/threat of assault.

**ANSWER:** **Defendant admits that Plaintiff is currently housed in general population. Defendant denies the remaining allegations contained in this paragraph.**

At all times relevant to this complaint, the defendants acted under color of state law. Defendant Inman personally ordered that the plaintiff not receive his discovery materials, nor be allowed access to the law library. This was a violation of plaintiffs First and Fourteenth Amendment rights. [sic]

**ANSWER:** **Defendant Martin admits that she acted under color of law. Defendant otherwise does not answer this paragraph because it is directed toward a former defendant Stewart Inman, and Inman and the "access to courts" claim were dismissed pursuant to the Merit Review Order (d/e #6). To the extent an answer is required, Defendant lacks sufficient knowledge or information as to form a belief as to the truth of the allegations contained in this paragraph.**

Defendant Martin knew of Gmosers status as a sex-offender and was deliberately indifferent to his need to be free of assault. Plaintiff has not been offered protected housing, and this threat is on going. [sic]

**ANSWER:** **Defendant denies the allegations contained in this paragraph.**

Plaintiff Gmoser seeks:

1) Declaratory Judgment.

2) Compensatory Damages in the amount of $500,000.

3) Punitive Damages in the amount of $500,000.

**ANSWER :** Defendant denies that the Plaintiff is entitled to any judgment whatsoever against her and prays that this Honorable Court will enter a judgment in her favor and allow for the costs of defending this lawsuit.

**Defendant demands trial by jury.**

                                            Respectfully submitted,

                                            **s/ Michael D. Bersani**
                                            MICHAEL D. BERSANI, Atty No. 06200897
                                            *Lead Attorney for Defendant Sherry Martin*
                                            HERVAS, CONDON & BERSANI, P.C.
                                            333 W. Pierce Road, Ste. 195
                                            Itasca, IL  60143-3156
                                            P: 630-773-4774   F: 630-773-4851
                                            mbersani@hcbattorneys.com

## **FIRST AFFIRMATIVE DEFENSE**

NOW COMES Defendant OFFICER SHERRY MARTIN, by and through her attorney, MICHAEL D. BERANI of HERVAS, CONDON & BERSANI, P.C., and for her First Affirmative Defense to Plaintiff's complaint, Defendant states as follows:

The Defendant did not violate any clearly established constitutional right of which a reasonable person would have known, thus entitling her to qualified immunity.

WHEREFORE, Defendant OFFICER SHERRY MARTIN denies that the Plaintiff is entitled to any judgment whatsoever against her and prays this Honorable Court will enter a judgment in her favor and allow for the costs of defending this lawsuit.

Respectfully submitted,

**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
*Lead Attorney for Defendant Sherry Martin*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143-3156
P:  630-773-4774      F:  630-773-4851
mbersani@hcbattorneys.com

## SECOND AFFIRMATIVE DEFENSE

NOW COMES Defendant OFFICER SHERRY MARTIN, by and through her attorney, MICHAEL D. BERANI of HERVAS, CONDON & BERSANI, P.C., and for her Second Affirmative Defense to Plaintiff's complaint, Defendant states as follows:

Plaintiff's suit is barred and should be dismissed because he failed to exhaust the internal grievance procedures outlined in the Livingston County Jail Inmate Handbook prior to filing suit as required under § 1997 of the Prison Litigation Reform Act (42 U.S.C. § 1997).

WHEREFORE, Defendant OFFICER SHERRY MARTIN denies that the Plaintiff is entitled to any judgment whatsoever against her and prays this Honorable Court will enter a judgment in her favor and allow for the costs of defending this lawsuit.

Respectfully submitted,

**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
*Lead Attorney for Defendant Sherry Martin*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143-3156
P:  630-773-4774     F:  630-773-4851
mbersani@hcbattorneys.com

## THIRD AFFIRMATIVE DEFENSE

NOW COMES Defendant OFFICER SHERRY MARTIN, by and through her attorney, MICHAEL D. BERANI of HERVAS, CONDON & BERSANI, P.C., and for her Third Affirmative Defense to Plaintiff's complaint, Defendant states as follows:

Plaintiff is barred from recovering all or part of his damages, if any, by reason of his failure to meet his duty to mitigate such damages.

WHEREFORE, Defendant OFFICER SHERRY MARTIN denies that the Plaintiff is entitled to any judgment whatsoever against her and prays this Honorable Court will enter a judgment in her favor and allow for the costs of defending this lawsuit.

Respectfully submitted,

**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
*Lead Attorney for Defendant Sherry Martin*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143-3156
P:  630-773-4774     F:  630-773-4851
mbersani@hcbattorneys.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JASON GMOSER, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-1294 |
| | ) |
| vs. | ) |
| | ) Chief Judge Sara Darrow |
| STUART INMAN, | ) |
| CLASS OFFICER MARTIN, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 9, 2020**, I electronically filed the foregoing *Defendant Sherry Martin's Answer and Affirmative Defenses to Plaintiff's Complaint* with the Clerk of the District Court for the Central District of Illinois, using the CM/ECF system, and I sent the following to the non-CM/ECF participant, via certified mail, return receipt requested:

**TO:** Jason T Gmoser
Livingston County Jail
Livingston County Sheriffs Office
844 W Lincoln St
Pontiac, IL 61764
*Pro se Plaintiff*


                                    **s/ Michael D. Bersani**
                                    MICHAEL D. BERSANI, ARDC No. 06200897
                                    *Lead Attorney for Defendant Sherry Martin*
                                    HERVAS, CONDON & BERSANI, P.C.
                                    333 Pierce Road, Suite 195
                                    Itasca, IL  60143-3156
                                    P:  630-773-4774     F:  630-773-4851
                                    mbersani@hcbattorneys.com