## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JASON GMOSER, | ) |
| Plaintiff, | ) Case No. 20-cv-1294 |
| vs. | ) |
| | ) Chief Judge Sara Darrow |
| STUART INMAN, | ) |
| CLASS OFFICER MARTIN, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

### MOTION TO STAY DISCOVERY

NOW COMES Defendant SHERRY MARTIN by and through her attorneys, MICHAEL D. BERSANI and CHRISTIAN E. KETTER of HERVAS, CONDON & BERSANI, P.C., and moves that this Court to stay discovery pending a ruling on Defendant's motion for summary judgment filed for Plaintiff's failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. 1997(e)(a).

In support of this motion, Defendant states as follows:

1. *Pro se* Plaintiff Jason Gmoser, currently incarcerated at the Livingston County Jail ("LCJ"), filed suit pursuant to 42 U.S.C. § 1983 against Defendant Correctional Officer Sherry Martin, alleging that Officer Martin failed to protect him from an attack by another inmate.

2. This Court entered a scheduling order (d/e #18) which, among other things, set deadlines for the completion of discovery and the filing of dispositive motions.

3. Defendant has made the disclosures to Plaintiff as required by this Court in its scheduling order (d/e #18, p. 3).

4. On December 9, 2020, Defendant timely filed a motion for summary judgment based on the Prison Litigation Reform Act, 42 U.S.C. 1997(e)(a) and Plaintiff's failure to exhaust LCJ's internal administrative grievance procedures before filing suit.

5. Defendant moves to stay the discovery and merits-based dispositive motion deadlines until such time as the Court rules on the pending motion for summary judgment. As stated by the Seventh Circuit, "in the ordinary case discovery with respect to the merits should be deferred until the issue of exhaustion is resolved. If merits discovery is allowed to begin before that resolution, the statutory goal of sparing federal courts the burden of prisoner litigation until and unless the prisoner has exhausted his administrative remedies will not be achieved." *See Pavey v. Conley*, 544 F.3d 739, 742 (7th Cir. 2008).

6. The issue of exhaustion is not yet resolved and therefore it is appropriate to stay discovery and merits-based dispositive motion deadlines until the present procedural motion for summary judgment is decided.

WHEREFORE, Defendant SHERRY MARTIN requests that the discovery and the merits-based dispositive motion deadlines be stayed until the issue of exhaustion is resolved.

Respectfully submitted,

**s/Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
CHRISTIAN E. KETTER, ARDC No.
*Attorneys for Defendant Sherry Martin*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851
mbersani@hcbattorneys.com
cketter@hcbattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JASON GMOSER, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-1294 |
| | ) |
| vs. | ) |
| | ) Chief Judge Sara Darrow |
| STUART INMAN, | ) |
| CLASS OFFICER MARTIN, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 30, 2020**, I electronically filed the foregoing *Defendant Sherry Martin's Motion to Stay Discovery* with the Clerk of the District Court for the Central District of Illinois, using the CM/ECF system, and I sent the following to the non-CM/ECF participant, via certified mail, return receipt requested:

**TO:** Jason T Gmoser
Livingston County Jail
Livingston County Sheriff's Office
844 W Lincoln St
Pontiac, IL 61764
*Pro se Plaintiff*

                                                   **/Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
CHRISTIAN E. KETTER, ARDC No.
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851
mbersani@hcbattorneys.com
cketter@hcbattorneys.com