E-FILED
Wednesday, 13 January, 2021 12:35:39 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 1 2 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

United States District Court
Central District of Illinois
Urbana Division

| | |
|---|---|
| Jason Gmoser | Case No. 20-cv-1294 |
| vs. | Chief Judge Sara Darrow |
| Stuart Inman Class. Officer Martin | |

### Plaintiff's Response to Defendant's Motion to Stay Discovery

Now comes Plaintiff Jason Gmoser, pro se, responding to Defendant's Motion to Stay Discovery

I have no objections.

*Jason Gmoser, pro se*

United States District Court
Central District of Illinois
Urbana Division

| | |
|---|---|
| Jason Gnoser | Case No. 20-cv-1294 |
| vs. | Chief Judge Sara Darrow |
| Stuart Inman | |
| Class. Officer Martin | |

Certificate of Service

I hereby certify that on January 10, 2021 I sent the foregoing Plaintiff's Response to Defendant's Motion to Stay Discovery via regular mail to:

United States District Court
Central District of Illinois
Office of the Clerk
201 S. Vine St.
Room 218
Urbana, IL 61802-3348

Jason Gnoser, pro se

Jason Gmoser 40889
Livingston County Jail
844 W. Lincoln St.
Pontiac, IL 61764

LEGAL MAIL

CHAMPAIGN IL 618
11 JAN 2021 PM 5 L

United States District Court
Central District of Illinois
Office of the Clerk
201 S. Vine St.
Room 218
Urbana, IL 61802-3348

61802-334799